IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                Defendants.

Civil Action No. 13-CV-851

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED:** that the Defendants are (i) barred from collecting Plaintiffs' call records under the mass call surveillance program; (ii) Defendants are **ORDERED** to destroy all of Plaintiffs' call records already collected under the program; and (iii) Defendants are prohibited from querying metadata obtained through the program using any phone number or other identifier associated with Plaintiffs.

Entered this _____ day of _____, 2013.

                                                      SO ORDERED,

                                                      _____
                                                      Hon. Richard J. Leon