**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN, *et. al*

                      Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                      Defendants.

Civil Action No. 13-cv- 851 RJL

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion For Leave To Take FRCP Rule 30(B)(6) Deposition, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED**: that the Plaintiffs' Motion For Leave To Take FRCP Rule 30(B)(6) Deposition is hereby **GRANTED**.  Plaintiffs shall have leave of court to take the FRCP Rule 30(B)(6) Deposition of the Defendants.

Entered this _____ day of _____, 2013.

    SO ORDERED,

                                                    _____

                                                        Hon. Richard J. Leon