## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                                        Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                                        Defendants.                    Civil Action No. 13-CV-851

### NOTICE OF DEFENDANTS' GRANTING OF CONSENT TO MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Plaintiffs, Larry Klayman, and Charles and Mary Ann Strange, hereby give notice to the

Court that on October 30, 2013 Defendants' Counsel granted consent to Plaintiffs' Motion for

Leave to Appear Telephonically.

Dated: October 30, 2013

                                        Respectfully submitted,

                                        */s/ Larry Klayman*
                                        Larry Klayman, Esq.
                                        Attorney at Law
                                        D.C. Bar No. 334581
                                        2020 Pennsylvania Ave. NW, Suite 800
                                        Washington, DC 20006
                                        Tel: (310) 595-0800
                                        Email: leklayman@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of October, 2012 a true and correct copy of the foregoing Notice Of Defendants' Granting Of Consent To Motion For Leave To Appear Telephonically (Civil Action No. 13-cv- 851) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James R. Whitman
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, DC 20044
(202) 616-4169
Fax: 202-616-4314
Email: james.whitman@usdoj.gov

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

Respectfully submitted,
 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
Klayman Law Firm
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
