IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                            Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                            Defendants.

Civil Action No. 13-cv- 851 RJL

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion For Leave To File Supplemental Declaration, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED**: that the Motion For Leave To File Supplemental Declaration is hereby **GRANTED**.   The Declaration of Professor Edward Felten is hereby accepted on the record.


Entered this _____ day of _____, 2013.


     SO ORDERED,

                                                                  _____

                                                                   Hon. Richard J. Leon