# EXHIBIT M

DIANNE FEINSTEIN, CALIFORNIA, CHAIRMAN
CHRISTOPHER S. BOND, MISSOURI, VICE CHAIRMAN

JOHN D. ROCKEFELLER IV, WEST VIRGINIA
RON WYDEN, OREGON
EVAN BAYH, INDIANA
BARBARA A. MIKULSKI, MARYLAND
RUSSELL D. FEINGOLD, WISCONSIN
BILL NELSON, FLORIDA
SHELDON WHITEHOUSE, RHODE ISLAND

ORRIN HATCH, UTAH
OLYMPIA J. SNOWE, MAINE
SAXBY CHAMBLISS, GEORGIA
RICHARD BURR, NORTH CAROLINA
TOM COBURN, OKLAHOMA
JAMES E. RISCH, IDAHO

HARRY REID, NEVADA, EX OFFICIO
MITCH McCONNELL, KENTUCKY, EX OFFICIO
CARL LEVIN, MICHIGAN, EX OFFICIO
JOHN McCAIN, ARIZONA, EX OFFICIO

DAVID GRANNIS, STAFF DIRECTOR
LOUIS B. TUCKER, MINORITY STAFF DIRECTOR
KATHLEEN P. McGHEE, CHIEF CLERK

**United States Senate**

SELECT COMMITTEE ON INTELLIGENCE
WASHINGTON, DC 20510-6475

February 23, 2010

Dear Colleague:

Three provisions of the Foreign Intelligence Surveillance Act of 1978 (FISA) will sunset on February 28, 2010: (1) authority for roving electronic surveillance of targets who take steps to thwart FISA surveillance (Section 206 of the USA PATRIOT Act); (2) authority to compel production of business records and other tangible things with the approval of the FISA Court (Section 215 of the USA PATRIOT Act); and (3) authority to target non-U.S. person "lone wolves" who engage in international terrorist activities but are not necessarily associated with an identified terrorist group (Section 6001 of the Intelligence Reform and Terrorism Prevention Act).

Members of the Select Committee on Intelligence have previously requested that the Executive Branch permit each Member of Congress access to information on the nature and significance of intelligence authority on which they are asked to vote. In response to these requests, the Attorney General and the Director of National Intelligence have provided a classified paper to the House and Senate Intelligence Committees on important intelligence collection made possible by authority that is subject to the approaching sunset, and asked for our assistance in making it available, in a secure setting, directly and personally to any interested Member.

We would like to invite each Member of the Senate to read this classified paper in the Intelligence Committee's offices in 211 Hart Senate Office Building. The Attorney General and DNI have offered to make Department of Justice and Intelligence Community personnel available to meet with any Member who has questions. We will be pleased to make members of our staff available for the same purpose. Please contact our Security Director, James Wolfe, at 224-1751, to arrange for a time.

Sincerely,

Dianne Feinstein
Chairman

Christopher S. Bond
Vice Chairman