# EXHIBIT N

# USA Patriot Act

## From: The Permanent Select Committee on Intelligence
## Sent By: Khizer.Syed@mail.house.gov
## Date: 2/25/2010

February 24, 2010

Dear Colleague:

Three provisions of the USA PATRIOT Act are set to expire on February 28, 2010: (1) authority for roving electronic surveillance of targets who take steps to thwart FISA surveillance; (2) authority to compel production of business records and other tangible things with the approval of the FISA Court; and (3) authority to target non-U.S. person "lone wolves" who engage in international terrorist activities, but are not necessarily associated with an identified terrorist group.

In advance of the anticipated House consideration of a one-year extension of the three provisions described above, the Attorney General and the Director of National Intelligence have provided a classified document to the congressional intelligence committees on important intelligence collection programs made possible by these expiring authorities. They have asked for the Committee's assistance in making that document available to interested members of Congress.

I have agreed to accommodate this request, and Chairman Conyers and I will make Judiciary and Intelligence Committee staff available to meet with any member who has questions. The Attorney General and DNI will also make Department of Justice and Intelligence Community personnel available if needed.

If you are interested in reviewing this classified document, please contact the Committee's scheduler, Stephanie Leaman, at x57690, to set up an appointment in the Committee offices, located in HVC-304.

Sincerely,

/s/

Silvestre Reyes
Chairman
Permanent Select Committee on Intelligence