# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY KLAYMAN, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:13-cv-00851-RJL |
| v. | ) ) | |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| LARRY KLAYMAN, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:13-cv-00881-RJL |
| v. | ) ) | |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

The above-captioned cases are before the Court on the Plaintiffs' motions for preliminary injunctions (Dkt. No. 13 in action no. 13-cv-851; Dkt. No. 10 in action no. 13-cv-881). Upon consideration of the Plaintiffs' submissions in support of their motions, and of the Government Defendants in opposition to Plaintiffs' motions,

IT IS HEREBY ORDERED THAT:

Plaintiffs' motions for preliminary injunctions are hereby DENIED.

So ORDERED this _____ day of _____, 2013.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE