**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN, *et. al*

                                    Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                                    Defendants.

Civil Action Nos. 13-cv-851
                              13-cv-881

**AFFIDAVIT OF DAVID M. SILER**

1.      My name is David M. Siler, I am over eighteen years old. I am an adult citizen of the

United States and I have personal knowledge of the facts stated in this declaration.

2.      I attended Johns Hopkins University with majors in Business and Information

Technologies.

3.      I have been working in the computer science industry for over sixteen years.

4.      I am certified in computer science in the following areas: (1) Juniper SSG 5 Firewalls; (2)

NetWare 4.11 Administrator (CNA); (3) Webmaster, received from John Hopkins University;

(4) A+ PC Technician; (5) Certified Juniper Networks Certified Associate; (6) Certified Dell

Sonicwall Administrator

5.      I currently hold over one hundred and thirty certifications granted by various hardware

manufacturers.

6.      As a Network Engineer and Network Administrator for multiple networks, I program and

maintain Juniper, Cisco, Sonic Wall and NetGear, routers and switches, including setting up the

NAT and maintaining internal and eternal routing tables. I configure and maintain access control

and security for VPN accounts for hardware and software VPNs. I administer user's database for

domain access and accounts that include local access, OWA, and web access and recommend, configure and deploy global anti-virus and anti-spyware solutions. I am versed in a wide variety of multiple hardware platforms and maintain, install, trouble shoot, and repair any and all PC hardware.

7.      Plaintiff Charles Strange informed me that he attended a debriefing held by the military on October 12, 2011 regarding his NSA-employed, cryptologist son, Michael Strange, who died when his helicopter was shot down by the Taliban on August 6, 2011 in Afghanistan.

8.      Plaintiff Charles Strange informed me that on October 12, 2011 he and his wife, Mary Ann, were given a disc that contained official and redacted testimony and memoranda pertaining to the shoot-down of his son's helicopter in Afghanistan.

9.      On or around April 20, 2012, Charles Strange advised me during a Vet's Journey Home Weekend that his computer was acting abnormal after he inserted the disc he was given several months earlier by the military in Dam Neck, Virginia.

10.      On or around May 5, 2012, Charles Strange called me asking if I could determine what was defective with his computer. I agreed to examine the computer and Charles and his wife, Mary Ann, brought the computer to me.

11.      Prior to me turning on the workstation, Charles Strange advised me of the date and approximate time he inserted the disc into his computer to view the documents that he was given by the government about his son's death.

12.      During my trouble shooting of the workstation, I found multiple viruses, spyware and keystroke loggers that had been installed on the workstation on the same date and time that Charles Strange had given me as the time he inserted the disc into his computer to view the crash report.

13.     I was forced to use five different tools to fully remove the viruses, malware and spyware which included Malware bytes, Combo Fix, Super AntiSpyWare, Norton Power Eraser and Kaspersky's Anti-Virus. The process took over four hours to complete.

14.     After I removed the stated issues from the workstation, I then scanned the disc drive of the workstation and discovered it was infected with the installers for the viruses, malware and keystroke loggers stated above.

15.     It is my professional opinion that the viruses, malware and keystroke loggers originated from the disc drive and not the workstation and were intended by the government to access and thus violate the privacy and other rights of Charles Strange.

Sworn under penalty of perjury

Dated: November 17, 2013

_____
David M. Siler

**DAVID M. SILER**
dave@davesiler.com
245 North Carolina Ave
Pasadena, MD 21122
443-520-3524

**Dataprise    Rockville, MD**
**Sr. Network Engineer**
**April 2011 – Present**
·     Serving as both Sr. Network Engineer and Sr. Network Administrator on multiple networks using Windows 2000 through Windows 2012 server networks with RAID 1, 3, & 5
·     Programming & maintaining Juniper, Cisco, Sonic Wall Juniper and, Netgear, routers and switches, including setting up the NAT and maintaining internal and external routing tables.
·     Configuring, maintaining access control and security for VPN accounts for hardware and software VPNs
·     Proposing, building, configuring and maintain MS Exchange 2003, 2007, 2010 and 2012  servers
·     Proposing, building, configuring and maintaining Remote Web Workplace, OWA and 3rd party devices
·     Building, servicing, and maintaining Windows 2003, 2008, 2010 & 2012 Advanced servers. Configuring Raids, and maintaining backups. (On site and with remote access.)
      o    *Managing Systems and Group Policies*
      o    *Managing and creating logon script*
      o    *Account Migrations across the domain*
      o    *Managing Trust Relationships*
      o    *Setting up and Maintaining backups using Backup Exec Ver. 9-2012*
·     Administrating user's database for domain access and accounts that include local access, OWA, and web access.
·     Recommending, configuring, and deploying global anti-virus and anti-spyware solutions
·     Reviewing server logs and setting server policy.
·     Building, installing new workstations for new employees: Including punching new CAT 5 – Cat 6 cabling, and custom building LAN cables.
·     Assembling, configuring, and maintaining ESXI 5.0 based virtual server including performing P2V conversions to SAN with High Availably and failover.
·     Versed in a wide variety in multiple hardware platforms ranging from Pentium 4 computers to current technologies that include up to Windows 2012 and SBS 2011 servers.
·     Maintaining, installation, trouble shooting, & repair, of any and all PC hardware, printer, or business software.
·     Customer relations and communications pre and post job completion.
·     Completing client assessment reviews for new and current customers for recommendations of upgrades of infrastructure.

**DP Solutions    Columbia, MD**
**Network Engineer**
**June 2008 – April 2011**
·     Serving as both Network Engineer and Network Administrator on multiple networks using Windows 2000 through Windows 2008 server networks with RAID 1, 3, & 5
·     Programming & maintaining Juniper, Cisco, Sonic Wall and, Netgear, routers and switches, including setting up the NAT and maintaining internal and external routing tables.
·     Configuring, maintaining access control and security for VPN accounts for hardware and software VPNs
·     Proposing, building, configuring and maintain MS Exchange 2003, 2007 and 2010  servers
·     Proposing, building, configuring and maintaining Blackberry Enterprise Servers
·     Building, servicing, and maintaining Windows 2003 & 2008 Advanced servers. Configuring Raids, and maintaining backups. (On site and with remote access.)
      o    *Managing Systems and Group Policies*
      o    *Managing and creating logon script*
      o    *Account Migrations across the domain*
      o    *Managing Trust Relationships*

- o *Setting up and Maintaining backups using Backup Exec Ver. 9-12*
- · Administrating user's database for domain access and accounts that include local access, OWA, and web access.
- · Recommending, configuring, and deploying global anti-virus and anti spyware solutions
- · Reviewing server logs and setting server policy.
- · Building, installing new workstations for new employees: Including punching new CAT 5 – Cat 6 cabling, and custom building LAN cables.
- · Assembling, configuring, and maintaining ESXI 4.0 based virtual server including performing P2V conversions.
- · Versed in a wide variety in multiple hardware platforms ranging from 8086 computers to current technologies that include up to Windows 2008 servers.
- · Maintaining, installation, trouble shooting, & repair, of any and all PC hardware, printer, or business software.
- · Customer relations and communications pre and post job completion.
- · Completing client assessment reviews for new and current customers for recommendations of upgrades of infrastructure.
- · *Notable Mention*: Have received many thanks you emails from clients and have been in the company news letter on many occasions due to my customer service ability and client management skills.
- · *Notable Accomplishments:* Tested and certified in:  Juniper SA-700, IBM System x BladeCenter Technical Support V5, IBM Certified Specialist - High Volume Storage Fundamentals V, IBM Certified Specialist - System x Technical Principles V9 and Citrix Certified Administrator for Citrix XenDesktop 4.

**Americas Remote Helpdesk                Eldersburg, MD**
**Sr. Network Engineer**
**October 2005 – June 2008**
- · Serving as both Sr. Network Engineer and Network Administrator on multiple networks using Windows Server 2000 through Windows Server 2008 networks, with RAID 1, 3, & 5
- · Programming & maintaining Cisco 1700, ADSM, Cisco Catalyst Series, Sonic Walls, Netgear, routers and switches, including setting up the NAT and maintaining internal and external routing tables.
- · Configuring, maintaining access control and security for VPN accounts for hardware and software VPNs
- · Proposing, building, configuring Exchange 2003 Servers
- · Proposing, building, configuring Blackberry Enterprise Servers
- · Building, servicing, and maintaining Windows 2003 Advanced servers. Configuring Raids, and maintaining backups. (both on site and with remote access.)
  - o *Managing Systems and Group Policies*
  - o *Managing and creating logon script*
  - o *Account Migrations across the domain*
  - o *Managing Trust Relationships*
  - o *Setting up and Maintaining backups using Backup Exec Ver. 9-12*
- · Administrating users database for domain access and accounts that include local access, OWA, and web access.
- · Recommending, configuring, and deploying global anti-virus and anti spyware solutions
- · Creating, deploying, and monitoring solutions via LogMeIn scripting
- · Reviewing server logs and setting server policy.
- · Building, installing new workstations for new employees: Including punching new CAT 5 – Cat 6 cabling, and custom building LAN cables.
- · Versed in a wide variety in multiple hardware platforms ranging from 8086 computers to current technologies, that include up to Windows 2008 server
- · Maintaining, installation, trouble shooting, & repair, of any and all PC hardware, printer, or business software.
- · Parts ordering for repairs: Including filling out and submitting purchase request.
- · Customer relations and communications pre and post job completion.
- · Completing client assessment reviews for new and current customers for recommendations of upgrades of infrastructure
- · *Notable Mention*: Promoted from Network Engineer to Sr. Network Engineer within one year of employment

·    *Notable Accomplishment:* Rebuild several networks migrating customers from older hardware and operation systems, to current hardware / software with very little no down time.

**Art Litho**             **Baltimore, MD**
**MIS Director**
**Jan 2004 – October 2005**
·    Serving as both Network Engineer and Network Administrator on a Windows NT 4.0 / Windows 2003 Server A/D Network, with RAID 1, 3, & 5, 1 PDC, 1 BDC, 1 Applications, 1 Storage, 1 Web Server, I-Mail Server, 2 FTP servers, 1 SQL Server with Active directory installed.
·    Programming & maintaining Cisco 1700 series router including setting up the NAT and maintaining internal and external routing tables.
·    Configuring, maintaining access control and security for dial in accounts using Shiva Land Rover.
·    Building, servicing, and maintaining NT Advanced servers. Configuring Raids, and maintaining backups. (both on site and with terminal server.)
> o   *Managing Systems and Group Policies*
> o   *Managing and creating logon script*
> o   *Account Migrations across the domain*
> o   *Managing Trust Relationships*
·    Administrating users database for domain access and I-Mail accounts that include local access, and web access to the account
·    Reviewing server logs and setting server policy.
·    Building, installing new workstations for new employees: Including punching new CAT 5 cabling, and custom building LAN cables.
·    Versed in a wide variety in multiple hardware platforms ranging from 8086 computers to current technologies that include up to Windows 2003 server
·    Maintaining and repairing Apple/Mac computers for Prepress department that range from OS8 to OS 10.
·    Maintaining Inter-Tel phone system, voice mail, and phone assignments to current and new users. This included VOIP over a dedicated Point –to-Point T1 for a satellite office.
·    Maintaining Control Access to buildings, including card key assignments, and reviewer of daily access logs.
·    Maintaining, installation, trouble shooting, & repair of any and all PC hardware, printer, or business software.
·    Parts ordering for repairs: Including filling out, and submitting purchase orders.
·    Customer relations and communications pre and post job completion.
·    Primary Software: Windows NT 4.0, Windows 2000, Windows XP, windows 2003 Server, PSI, Macola, Crystal reports, Goldmine,
·    *Notable Mention*: Was awarded employee of the month award after 90 days of service due to ability to save the company over $15K, ability to provide web access to Prepress department who had not had web access before,
> and salvage of several "Non Functioning" pieces of equipment making them functional for minimal cost.
·    *Notable Accomplishment:* Rebuilt entire network in 2 weeks, converting from Windows NT 4.0 Servers and workstations to Windows 2003 Server and Windows XP SP2, with NO data loss. This project included 1 PDC, 1 BDC,
> 1 Mail, 1 SQL Server and 30 Workstations. It also required upgrading from SQL 7.0 to SQL 2000

**Popowski Brothers, Inc.**           **Timonium, MD**
**Electronics Service Manager**
**December 2002 – October 2003**
·    Serving as both Network Engineer and Network Administrator on Windows 2000 Active Directory Network on a 1 RAID 5 and 1 RAID 3 and 1 TERMINAL server.
·    Configuring, maintaining access control and security for dial in accounts.
·    Configuring, maintaining access control and security for VPN users
·    Building, servicing, and maintaining NT Advanced servers. Configuring Raids, and maintaining backups. (both on site and with terminal server.)
> o   *Managing Systems and Group Policies*

- *o   Managing and creating logon script*
- *o   Account Migrations across the domain*
- *o   Managing Trust Relationships*
· Maintaining client connectivity over 3 sites. 2 Maryland, 1 Virginia
· Administrating users database for domain access and Exchange server 5.5 accounts
· Reviewing server logs and setting server policy.
· Building, installing new workstations for new employees: Including punching new CAT 5 cabling, and custom building LAN cables.
· Versed in a wide variety in multiple hardware platforms ranging from 8086 computers to current technologies that include server
· Servicing any and all Electronic items: Including residential and commercial items.
· Providing estimates of electronic repairs to insurance adjusters and customers.
· Scheduling employee's work loads for pickups deliveries and repairs.
· Reviewing, hiring, counseling and termination, (if necessary), of employees, with the cooperation of Human Resources.
· Parts ordering for repairs: Including filling out, and submitting purchase orders.
· Customer relations and communications pre and post job completion.

**Integrated Health Services          Hunt Valley, MD**
**Sr. Desktop Analyst  (1 year contract)**
**October 2001 to December 2002**
· Developed plans for test, evaluation and deployment of software in R+D Lab.
· Designed, built, documented, and evaluated test bed for all desktop applications.
· 2nd level support for resolution of user network connectivity issues.
· Installation and usage of the following software: WSFTP, Secure CRT, Windows NT Workstation 4.0, Windows 95/98, ME, Windows
· 2000 Pro. MS Office 2000, Visio 2000, PaintShop Pro 7, Homesite 4.5, MS Project, Palm Software, PeopleSoft 7.06 & 8.0, Terminal Server, and many others. .
· 2nd and 3rd level support for troubleshooting and servicing any/all hardware, (computers, laptops, and printers), on site.
· Designed, Tested, Deployed, Desktop/Laptop images, for enterprise solution. (Over 270 locations Nationwide.)
· Ordering, configuring all desktops, laptops, software and licenses, as well as maintained all desktop audit info of HW/SW and license compliance.
· Designed and Implemented, Alpha & BETA, testing Project of Universal Desktop/Universal Laptop images globally, including the coordination of communication between departments for software testing phases.
· Configuration, integration, and maintenance of Windows NT 4.0 Servers, IIS Servers, and Windows 2000 Servers.
· Administration of user accounts and permissions on Windows NT/ 2000 Active Directory Servers, and MS Exchange 5.5 Servers.
- *o   Managing Systems and Group Policies*
- *o   Managing and creating logon script*
- *o   Account Migrations across the domain*
- *o   Managing Trust Relationships*

**TSR, eSylvan                          Baltimore, MD**
**Network Engineer / Desktop Support Manager**
**March 2000 to October 2001**

· Configuration, integration, and maintenance of Windows NT 4.0 Servers, IIS Servers, and Windows 2000 Servers.
· Administration of user accounts and permissions on Windows NT Servers, MS Exchange 5.5 Server, Novell 5.0 Server, and eRooms Servers.
· Developed plans for test, evaluation and deployment of software in R+D Lab.
· Designed, built, documented, and evaluated test bed for all new desktop applications.

- 2nd level support for resolution of customer network connectivity issues.
- Installation and usage of the following software: WSFTP, Secure CRT, Windows NT Workstation 4.0, Windows 95/98, ME, Windows 2000 Pro. MS Office 2000, Visio 2000, PaintShop Pro 7, Homesite 4.5, MS Project, Palm Software HelpAlert 3.6 (real time end user troubleshooting tool), network connection and monitoring tools.
- 2nd and 3rd level support for troubleshooting and servicing any/all hardware, (computers, laptops, and printers), on site.
- Managed team of technicians, determined assignment and escalation of trouble tickets, monitored progress and serving as level 3 support for desktop issues.
- Ordering, warehousing, configuring and assigning to users, all desktops, laptops, software and licenses as well as maintained all desktop audit info of HW/SW and license compliance.
- Setup and maintained desktop support helpdesk for support of internal and external users.

**Key Systems                         Timonium, MD**
**Site Supervisor / Lead Technician**
**March 1999 to March 2000**

- 2nd level support for resolution of customer network connectivity issues, and servicing any/all hardware, (computers and printers), on site and 2 off sight locations.
- Managed team of technicians, determined assignment and escalation of trouble tickets, monitored progress and served as level 3 support for desktop issues.
- Coordinated with networking group and telecom to have ports and / or phone extensions moved or activated as necessary.
- Installation, configuration, and usage of the following software: Windows NT Workstation, Windows 95/98, MS Office 97, Lotus Notes, Timbuktu, Remedy, Support Magic, and many other Microsoft products and operating systems.

**Johns Hopkins University          Baltimore MD**
**Technical Service Coordinator/Network Administrator**
**September 1997 to March 1999**

- Network Administration functions in support of 150+ node network
- Building, Upgrading, Troubleshooting, and Administration of Novell NetWare 3.x, 4.x File Servers, Windows NT Servers, and Windows IIS Web Servers.
- Diagnosing any of the networks cabling problems for multiple Ethernet segments.
- Establishing file system security, statically assigning TCP/IP addresses, and performing regular tape backups on all the servers.
- Installation and configuration of desktops and printers attached to the network.
- Use of Altiris: Labexpert Software for scripting and imaging of single and groups of computers.
- Installation, configuration, and maintenance of server-based applications that include: IIS, War FTP, Cold Fusion, Visio, Homesite 3.0,
- MS Front Page and extensions, MS Project 98, Active Server Pages, and MS Office 97.
- Installation, configuration of all workstation software including Windows 95, Windows 98, Windows NT 4.0 Workstation, Chameleon,
- TCP/IP, Netscape Communicator, Homesite 3.0, SQL, ODBC 32, Microsoft Client for NetWare, and Novell Intranetware.
- Configuring all hardware and software upgrades.
- Installation, configuration, troubleshooting and replacing when necessary, any PC or printer hardware components. (This included SCSI and IDE hard drives, CD ROM drives, video adapters, sound cards, modems, memory modules (SIMMs), Zip drives, Jazz drives, Network Interface Cards), all printer parts.
- Provided level 3 help desk functions and support to both staff and students.
- Working directly with vendors to get parts, upgrades, and quotes for major improvements to the Center's technology.
- Provided A/V support for production sound and video of live broadcasts.

**Johns Hopkins University          Baltimore, MD**
**Micro Computer Technician**
**September 1996 to September 1997**

·       Provide PC and Macintosh, hardware and software support, for a network comprised of over 3000 desktops, 600 printers, and 120 file servers.
·       Troubleshooting, diagnosing, and repairing all microcomputer components including, SCSI drives, SCSI controllers, NICs, video adapters, SIMMs, power supplies, and keyboards.
·       Perform diagnostics, repair, upgrading and supporting of all hardware and software products, including desktops, laptops, X86s, Pentiums, Apple-Mac's, and OS/2 machines.

**Computer City                      Glen Burnie, MD**
**Hardware/Software Configuration Manager**
**July 1994 to September 1996**
·       Installation, configuration, and support of any hardware and software products in a technical repair shop for a high volume retail computer store.
·       Responsible for the custom build out of retail orders, involving disk drives, memory, sound systems, multimedia, and network components.
·       Directly supervised four microcomputer technicians in day-to-day operations.
·       Responsible for prioritizing work orders, assigning tasks, tracking repair, ordering parts for repairs, and customer support.

**EDUCATION:**

   Johns Hopkins University (Did not receive degree)
   Major: Business/Information Technologies GPA: 3.78 Credits: 6

   Anne Arundel Community College (Did not receive degree)
   Major: Criminal Law GPA: 3.42 Credits: 21

**Certifications:**
   Certified Juniper SSG 5 Firewalls
   Certified Sonicwall Administrator
   Certified NetWare 4.11 Administrator (CNA)
   Certified Webmaster: Received Jan. 27, 1999 from Johns Hopkins University
   Certified A+ PC Technician
   Currently holding 130+ Certifications granted by various hardware manufactures.

Certifications:

## CNA
**Certified Novell Administrator 4.11, Completed: March 18, 1998**

## A+
**A+ Certificate, Completed Jan. 30, 1997**

## Webmaster
**WebMaster Certificate, Completed: January 27, 1999**

## Juniper

### Junos Fundamentals
**The Junos Software Advantage FOUNDJUNOS260309040056**

### JNSA
**Advanced Security**
**Juniper Networks Sales Associate SSL JNSASSL130609040014**
**Juniper Networks Sales Associate Firewall JNSAFWV120609040091**
**Juniper Networks Sales Associate IDP JNSAIDP130609040006**

**Network Infrastructure**
**Juniper Networks Sales Associate Enterprise Switch JNSAEX130609040020**
**Juniper Networks Sales Associate WAN Acceleration JNSAWX130609040023**

### JNSS
**Advanced Security**
**Juniper Networks Sales Specialist SSL JNSSSSL030409040050**
**Juniper Networks Sales Specialist Firewall JNSSFWV260309040066**
**Juniper Networks Sales Specialist IDP JNSSIDP270509040082**

**Network Infrastructure**
**Juniper Networks Sales Specialist Enterprise Switch JNSSEX280509040003**
**Juniper Networks Sales Specialist WAN Acceleration JNSSWX280509040006**
**Juniper Networks Sales Specialist Enterprise Routing JNSSMMX020609040019**

### Technical Certifications
**Juniper Networks Certified Internet Associate - Firewall/VPN November 23, 2011**
**Juniper Networks Certified Internet Associate - SSL April 16, 2010**

## Hewlett Packard

**SPN: 032 - Vectra 386, 16N, 20N, 25NS, 20S, &25 PC, Completed Aug. 8, 1996**

**SPN: 033 - ScanJet 3P, II Series Scanners, Completed June 15, 1995**

**SPN: 034 - Vectra 486U PC Series, Completed Aug 8, 1996**

**SPN: 036 - Vectra PC Product Line Training 1992, Completed Aug. 7, 1996**

**SPN: 038 - Netserver LE Service, Completed May 7, 1999**

**SPN: 039 - Netserver LM Service, Completed May 3, 1999**

**SPN: 040 - Netserver LH Service, Completed April 21, 1999**

**SPN: 044 - NetServer LF Service, Completed May 13, 1999**

**SPN: 045 - Netserver LC Service, Completed May 3, 1999**

**SPN: 047 - Netserver LS Service, Completed April 28, 1999**

**SPN: 048 - 5000,7000 Home PC Series, Completed Aug. 7, 1996**

**SPN: 050 - Vectra 1996 Model PC Service, Completed May 21, 1999**

**SPN: 051 - Vectra 500 PC Service, Complete May 18, 1999**

**SPN: 052 - Netserver LX Service, Completed May 3, 1999**

**SPN: 053 - Netserver E30 Service, Completed April 21, 1999**

**SPN: 054 - Vectra 1997 Model PC Service, Completed May 20, 1999**

**SPN: 055 - Netserver E40/E45/E50 Service, Completed April 29, 1999**

**SPN: 057 - Netserver LC II Service, Completed June 28, 1999**

**SPN: 059 - 1998 Brio, Vectra, Kayak Service, Completed April 21, 1999**

**SPN: 060 - Netserver LH4/4r Service, Completed June 30, 1999**

**SPN: 061 - Netserver LXr 8000 Service, Completed June 30, 1999**

**SPN: 062 - Netserver LPr Service, Completed July 1, 1999**

**SPN: 064 - 1999 PC & PC Workstation Service, Completed June 4, 1999**

**SPN: 065 - Netserver E60 Service, Completed June 28, 1999**

**SPN: 076 - HP Workstation Products, Completed October 31, 2001**

**SPN: 078 - HP Pavillion Notebooks, Completed November 2, 2001**

**SPN: 214 - DesignJet 600 Service, Completed June 8, 1999**

**SPN: 216 - DesignJet 650C Service, Completed June 4, 1999**

**SPN: 218 - DesignJet 200 & 220 Service, Completed June 4, 1999**

**SPN: 219 - DesignJet 230,250C,330,350C Service, Completed June 7, 1999**

**SPN: 220 - DesignJet 700, 750C, 750C+, 755CM, Completed April 8, 1999**

**SPN: 221 - DesignJet 430/450C/455CA Service, Completed June 8, 1999**

**SPN: 311 - Laserjet Models 33440, 33447, 33449, 33459, Completed May 13, 1999**

**SPN: 312 - Laserjet IIP, IIP+, IIIP Printers, Completed Dec. 5 1994**

**SPN: 319 - DeskWriter C, 520,550C, &560C Diag., Completed July 31, 1995**

**SPN: 322 - DeskJet 500C, 520,550C, 560C Diag., Completed July 31, 1995**

**SPN: 325 - LaserJet 4,4M, 4Plus, & 4M Plus, Completed June 17, 1995**

**SPN: 326 - LaserJet IIISI, 4SI, &4SIMX, Completed June 28, 1996**

**SPN: 327 - LaserJet 4L, 4ML, 4P, 4MP, 5P, 5MP, Completed June 6, 1995**

**SPN: 328 - Deskjet 1200C,1600C, PS, Completed Sept. 19, 1995**
**SPN: 333 - DeskJet 540,600, Completed Sept. 7, 1995**
**SPN: 334 - DeskWriter 540,600C, 660C, Completed Sept. 7, 1995**
**SPN: 335 - Color Laserjet Printer Service, Completed April 12, 1999**
**SPN: 336 - LaserJet 4V-4MV, Completed June 9, 1995**
**SPN: 339 - Laserjet 5L & 6L Printer Service, Completed April 19, 1999**
**SPN: 340 - Copyjet Models C3817A & C3819A, Completed Sept. 28, 1996**
**SPN: 341 - LaserJet 5SI & 5SIMX, Completed June 11, 1996**
**SPN: 342 - Laserjet 4SI Network Scanner, Completed April 16, 1999**
**SPN: 343 - DeskJet 850C & 855C, Completed May 13, 1999**
**SPN: 344 - Network Scanjet 5 Scanner Service, Completed April 6, 1999**
**SPN: 346 - Laserjet 4000, 4000N, 4000TN, Completed March 24, 1999**
**SPN: 347 - Laserjet 5000, 5000N, 5000GN, Completed March 30, 1999**
**SPN: 348 - Laserjet 3100 Service, Completed May 4, 1999**
**SPN: 350 - Deskjet 340/340CM, Completed April 15, 1999**
**SPN: 352 - OfficeJet/OfficeJet LX Service, Completed June 2, 1999**
**SPN: 353 - OfficeJet Series 300 Service, Completed May 24, 1999**
**SPN: 354 - OfficeJet Pro 1150C/1170C/1175C Service, Completed June 3, 1999**
**SPN: 355 - Color LaserJet 4500 Service, Completed June 17, 1999**
**SPN: 356 - Color Laserjet 8500, 8500N, 850DN, Completed April 9, 1999**
**SPN: 358 - OfficeJet 500,600,700 & Print/Scan/Copy 370/380, Completed June 2, 1999**
**SPN: 359 - Laserjet 1100 Printer Service, Completed April 27, 1999**
**SPN: 361 - Laserjet 2100, Completed March 24, 1999**
**SPN: 362 - HP25000C/CM Color Printer Service, Completed June 11, 1999**
**SPN: 363 - Laserjet 3150, Completed March 2, 2000**
**SPN: 365 - LaserJet 8000 & 8100 MFP, Completed November 8, 2001**
**SPN: 412 - Optimizing Workgroup Performance, Completed April 10, 1999**
**SPN: 414 - JetDirect Print Severs, Completed April 8, 1999**
**SPN: 421 - SureStore Diagnostic Service, Completed December 8, 1999**
**SPN: 505 - Fax 700/750 & 900/950, Completed April 29, 1999**
**SPN: 604 - Omnibook Notebook PCs Laptop, Completed June 3, 1999**
**SPN: 605 - Omnibook 600 & 800, Completed April 29, 1999**
**SPN: 606 - Omnibook 3000 Service, Completed June 16, 1999**
**SPN: 607 - Omnibook Preformance 98 Service, Completed June 18, 1999**
**SPN: 901 - LaserJet Basic Hardware Training, Completed Nov. 2, 1994**
**SPN: 995 - HP Facilitation Support, Completed November 19, 2001**
**SPN: 997 - Deskjet 800 Series, Completed April 30, 1999**
**SPN: 998 - DeskJet/Deskwriter 400, 540, 600, 600C, 720, Completed April 19, 1999**
**SPN: 999 - Manuals and Tests for Discount, Completed November 2, 1994**

## Okidata

**ML590   ML 590/591 Printer Training, Completed Oct. 24, 1994**
**Update   ML 590/591 Printer Training Update, Completed Feb. 14, 1995**
**ML300   ML 300 Printer Training, Completed Feb. 14, 1995**
**ML380   ML 380 Printer Training, Completed Feb. 14, 1995**
**ML395   ML 395 Printer Training, Completed Feb. 14, 1995**
**ML393   ML 393-Plus Printer Training, Completed Feb 14, 1995**
**OL400e   OL 400E/410E Printer Training, Completed Feb. 14, 1995**
**OL400   OL 400/800/820/830/840 Printer Training, Completed Feb. 14, 1995**
**OL810   OL 810 Printer Training, Completed Feb. 14, 1995**
**OL810   OL 830-Plus/850 Printer Training, Completed Feb 14, 1995**

## Leading Edge

**Repair of Leading Edge Computers, Completed Mar 17, 1995**

## Cannon

**BJ200 BJ-200, 230, 200E, 100 Bubble Jet, Completed Oct 21, 1994**
**BJ600 BJC-600, 600E Bubble Jet Printers, Completed Mar 27, 1995**
**BJ10   BJ-10 Series Bubble Jet Printers, Completed Feb 16, 1995**

## Dell

**Dimension Desktops, Expires:04/26/2000**
**Dell Workstations, Expires: 04/26/2000**
**Latitude Notebooks, Expires: 04/26/2000**
**PowerEdge Servers, Expires: 04/26/2000**

## AST

**8000   Advantage 8000 PC, Completed Apr 13, 1996**
**Cupid  Cupid Desktop PC, Completed May 26, 1995**
**Bravo  Bravo Family PC, Completed Aug 21, 1996**

## Lexmark

**4076 OWJ Service Training, Completed Aug 1996**
**4076-02C Service Training, Completed Aug 1996**
**4077 (Winwriter 150C) Service Training, Completed Aug 1996**
**4090 Color Jetprinter 2070 Training, Completed Aug 1996**
**4076 Color Jetprinter Service Training, Completed Aug 1996**

**4078 Color Jetprinter Service Training, Completed Aug 1996**

## IBM

**IBM Certified Specialist- System x Technical Principles V9 - May 3, 2010**
**IBM Certified Specialist- High Volume Storage Fundamentals V1 - May 12, 2010**
**IBM Certified Specialist- BladeCenter Technical Support V5 - May 18, 2010**
**PS Server Service Training, Completed Jan. 1996**
**PS Server Service Training Update, Completed Mar. 1996**
**PS Server 500 Service Training, Completed Feb. 1996**
**PS Server Line Ver. 2 Service Training, Completed Mar. 1996**
**ThinkPad Service Training, Completed Sept. 1995**
**Network Printer 12 Service Training, Completed Apr. 1995**
**Network Printer 17 Service Training, Completed May 1996**
**Warranty Support &PS/ ValuePoint, Completed Dec. 1995**
**PS/2 Micro Channels Models, Completed Nov. 1995**
**Warranty Basics Service Training, Completed Oct. 1995**
**Warranty Basics Service Training Update, Completed Mar. 1999**
**Network Color Printer Service Training, Completed Apr. 1996**
**Mobile Systems Training, Completed Mar. 1999**
**Desktop Systems Repair Training, Completed Mar. 1999**