**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY KLAYMAN, *et. al* <br><br>                       Plaintiffs, <br>v. <br><br> BARACK HUSSEIN OBAMA II, *et. al* <br><br><br>                       Defendants. | <br><br><br><br><br><br><br><br> Civil Action Nos. 13-cv-851 <br>                              13-cv-881 |

**NOTICE OF FILING OF TRANSCRIPT**

Plaintiffs, Larry Klayman, Charles and Mary Ann Strange, Michael Ferrari, and Matt Garrison, hereby file the transcript of the hearing held on November 22, 2013 in the *ACLU v. Clapper* proceeding in the Southern District of New York (No. 13 Civ. 3994 (WHP)) (attached as Exhibit 1) which may aid this Court in reaching a decision on the issue of the preliminary injunction.

Dated: November 25, 2013

                                                                Respectfully submitted,

                                                                */s/ Larry Klayman*
                                                                Larry Klayman, Esq.
                                                                Attorney at Law
                                                                D.C. Bar No. 334581
                                                                2020 Pennsylvania Ave. NW, Suite 800
                                                                Washington, DC 20006
                                                                Tel: (310) 595-0800
                                                                Email: leklayman@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2013, a true and correct copy of the foregoing Notice of Filing of Transcript (Civil Action Nos. 13-cv- 851 & 13-cv-881) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

James R. Whitman
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, DC 20044
(202) 616-4169
Fax: 202-616-4314
Email: james.whitman@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

                                                    Respectfully submitted,

                                            /s/ *Larry Klayman*
                                           Larry Klayman, Esq.
                                           D.C. Bar No. 334581
                                           Klayman Law Firm
                                           2020 Pennsylvania Ave. NW, Suite 345
                                           Washington, DC 20006
                                           Tel: (310) 595-0800