UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| KLAYMAN et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OBAMA et al., )<br>)<br>Defendants. )<br>---)<br>KLAYMAN et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OBAMA et al., )<br>)<br>Defendants. ) | Civil Action No. 13-0851 (RJL)<br><br>**FILED**<br>DEC 1 6 2013<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

---

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 16th day of December, 2013, hereby

**ORDERED** that the Motion for Preliminary Injunction in *Klayman v. Obama*, Civil Action No. 13-0851 (*Klayman I*) [Dkt. # 13], is **GRANTED** as to plaintiffs Larry Klayman and Charles Strange and **DENIED** as to plaintiff Mary Ann Strange; it is further

**ORDERED** that the Government:

(1) is barred from collecting, as part of the NSA's Bulk Telephony Metadata Program, any telephony metadata associated with Larry Klayman's and Charles Strange's personal Verizon telephone subscriptions; and

(2) must destroy all such metadata already collected under the Bulk Telephony Metadata Program; it is further

**ORDERED** that the Motion for Preliminary Injunction in *Klayman v. Obama*, Civil Action No. 13-0881 (*Klayman II*) [Dkt. # 10] is **DENIED**; and it is further

**ORDERED** that this Order is **STAYED** pending appeal.

_____
RICHARD J. LEON
United States District Judge