UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. Action No. 1: 13-cv-0851 (RJL) |
| v. ) | |
| ) | |
| BARACK OBAMA, President of the ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS CLAIMS AGAINST THE VERIZON DEFENDANTS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, SUBMITTED BY DEFENDANT UNITED STATES DEPARTMENT OF JUSTICE PURSUANT TO SECTION 802 OF THE FOREIGN INTELLIGENCE SURVEILLANCE ACT, 50 U.S.C. 1885a(a)**

Defendant United States Department of Justice ("DOJ") hereby moves to dismiss, or for summary judgment in connection with, Plaintiffs' claims against Verizon Communications and its Chief Executive Officer, Lowell A. McAdam (collectively "Verizon Defendants"), on the ground that no cause of action may lie or be maintained against these private-party defendants pursuant to Section 802 of the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended.  *See* 50 U.S.C. § 1885a.  Defendant DOJ submits a memorandum of points and authorities in support of this motion, as well as the public certification of the Deputy Attorney General of the United States as authorized by Section 802.  Defendant DOJ also submits, through a Classified Information Security Officer, a classified supplement to its motion, solely for *in camera, ex parte* review, consisting of (1) a classified certification by the Deputy Attorney General as authorized by and in accordance with the statutory procedures set forth in FISA Section 802(c), 50 U.S.C. § 1885a(c), and (2) a classified declaration of Frances J. Fleisch,

Acting Deputy Director, National Security Agency, in support of the Deputy Attorney General's classified certification.

Defendant DOJ respectfully requests that the Court grant its motion to dismiss the Verizon Defendants pursuant to Section 802 of the FISA for the reasons described in its memorandum of law and in the classified supplement to this motion.

Dated: December 16, 2013

                                              Respectfully Submitted,

                                              STUART F. DELERY
                                              Assistant Attorney General

                                              JOSEPH H. HUNT
                                              Director, Federal Programs Branch

                                              ANTHONY J. COPPOLINO
                                              Deputy Branch Director

                                               /s/ Rodney Patton
                                              JAMES J. GILLIGAN
                                              Special Litigation Counsel
                                              MARCY BERMAN
                                              Senior Trial Counsel
                                              BRYAN DEARINGER
                                              RODNEY PATTON
                                              Trial Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, N.W., Rm. 7320
                                              Washington, D.C. 20530
                                              Tel: (202) 305 7919
                                              Fax: (202) 305 2685
                                              Email: rodney.patton@usdoj.gov

                                              Attorneys for Government Defendants