# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY KLAYMAN, *et al.*,  )<br>  )<br>     Plaintiffs,  )<br>  )<br>         v.  )<br>  )<br>BARACK OBAMA, President of the  )<br>  United States, *et al.*,  )<br>  )<br>     Defendants.  )<br>  ) | Civil Action No.<br>1:13-cv-00851-RJL |
| LARRY KLAYMAN, *et al.*,  )<br>  )<br>     Plaintiffs,  )<br>  )<br>         v.  )<br>  )<br>BARACK OBAMA, President of the  )<br>  United States, *et al.*,  )<br>  )<br>     Defendants.  )<br>  ) | Civil Action No.<br>1:13-cv-00881-RJL |

## **GOVERNMENT DEFENDANTS' NOTICE OF APPEAL**

Defendants Barack Obama, President of the United States, Eric Holder, Attorney General of the United States, and General Keith B. Alexander, Director of the National Security Agency (NSA), insofar as they are sued in their official capacities, together with defendants NSA and the United States Department of Justice (collectively, the "Government Defendants"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the December 16, 2013 Order (ECF No. 49) and Memorandum Opinion (ECF No. 48) granting the Motion for Preliminary Injunction in *Klayman v. Obama*, Civil Action No. 13-0851 (*Klayman I*), as to plaintiffs Larry Klayman and Charles Strange.

Dated: January 3, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director


 /s/ Marcia Berman
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
RODNEY PATTON
Trial Attorneys
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for Government Defendants*