# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                Defendants.

Civil Action Nos. 13-cv-851
and
13-cv-881

## PLAINTIFFS' PRAECIPE REGARDING CLASS ACTIONS

Plaintiffs hereby serve notice that in order to streamline and to expedite these two cases, Nos. 13-cv-851 and 13-cv-881, they will not be moving for class action but rather there will be filed a separate class action suit filed as a related case.

Dated: January 15, 2014

                Respectfully submitted,

                */s/ Larry Klayman*
                Larry Klayman, Esq.
                Freedom Watch, Inc.
                D.C. Bar No. 334581
                2020 Pennsylvania Ave. NW, Suite 800
                Washington, DC 20006
                Tel: (310) 595-0800
                Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January a true and correct copy of the foregoing Plaintiffs' Praecipe Regarding Class Action (Civil Action Nos. 13-cv-851 and 13-cv-881) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:


James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

                                          Respectfully submitted,
                                          /s/ *Larry Klayman*
                                        Larry Klayman, Esq.
                                        D.C. Bar No. 334581
                                        Klayman Law Firm
                                        2020 Pennsylvania Ave. NW, Suite 345
                                        Washington, DC 20006
                                        Tel: (310) 595-0800