# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et. al* <br><br> Plaintiffs, <br><br> v. <br><br> BARACK HUSSEIN OBAMA II, *et. al* <br><br> Defendants. | Civil Action Nos. 13-cv-851 |

## NOTICE OF VOLUNTARY DISMISSAL OF VERIZON DEFENDANTS

Plaintiffs, Larry Klayman, Charles Strange, and Mary Ann Strange hereby voluntarily dismiss without prejudice any and all claims against Verizon Communications and Lowell C. McAdam, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), all parties to bear their own attorney's fees and costs.

Dated: January 23, 2014

                                                              Respectfully submitted,

                                                              */s/ Larry Klayman*
                                                              Larry Klayman, Esq.
                                                              D.C. Bar No. 334581
                                                              2020 Pennsylvania Ave. NW, Suite 800
                                                              Washington, DC 20006
                                                              Tel: (310) 595-0800
                                                              Email: leklayman@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January a true and correct copy of the foregoing Notice of Voluntary Dismissal (Civil Action Nos. 13-cv-851 and 13-cv-881) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

    Respectfully submitted,
     /s/ *Larry Klayman*
    Larry Klayman, Esq.
    D.C. Bar No. 334581
    Klayman Law Firm
    2020 Pennsylvania Ave. NW, Suite 345
    Washington, DC 20006
    Tel: (310) 595-0800