**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY E. KLAYMAN, CHARLES STRANGE, and MARY ANNE STRANGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BARACK HUSSEIN OBAMA, ERIC HIMPTON HOLDER, JR., KEITH B. ALEXANDER, LOWELL C. MCADAM, ROGER VINSON, VERIZON COMMUNICATIONS, NATIONAL SECURITY AGENCY, and U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendants. | No. 1:13-cv-00851-RJL |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties that have appeared in this action jointly stipulate to the voluntary dismissal without prejudice of any and all claims by Plaintiffs against Defendants Verizon Communications Inc. and Lowell C. McAdam. All parties shall bear their own costs.

                                              Respectfully submitted,

| | |
|---|---|
| /s/ Larry Klayman (as authorized) | /s/ Brian M. Boynton |
| Larry Klayman, Esq. (D.C. Bar No. 334581) | Randolph D. Moss (D.C. Bar No. 417749) |
| Freedom Watch, Inc. | Brian M. Boynton (D.C. Bar No. 483187) |
| 2020 Pennsylvania Ave. NW, Suite 800 | WILMER CUTLER PICKERING |
| Washington, DC 20006 |   HALE AND DORR LLP |
| Tel: (310) 595-0800 | 1875 Pennsylvania Avenue, NW |
| leklayman@gmail.com | Washington, DC 20006 |
| | Tel.: (202) 663-6000 |
| *Counsel for Plaintiffs* | Fax: (202) 663-6363 |
| | randolph.moss@wilmerhale.com |
| | |
| | *Counsel for the Verizon Defendants* |

1

Stuart F. Delery
Assistant Attorney General

Joseph H. Hunt
Director, Federal Programs Branch

Anthony J. Coppolino
Deputy Branch Director

/s/ James J. Gilligan (as authorized)
James J. Gilligan
Special Litigation Counsel

Marcia Berman
Senior Trial Counsel

Bryan Dearinger
Rodney Patton
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Counsel for the Government Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system, which caused notice of the filing to be served upon all counsel of record.

/s/ Brian M. Boynton
Brian M. Boynton
