IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et. al*<br><br>       Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA II, *et. al*<br><br>       Defendants. | Civil Action Nos. 13-cv-851<br><br>and<br><br>13-cv-881 |

**PLAINTIFFS REPLY TO GOVERNMENT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO FILE SURREPLIES TO GOVERNMENT DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS; AND PLAINTIFFS REPLY TO GOVERNMENT DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

The Government Defendants reply seeks to elevate form over substance because Plaintiffs' factual and legal arguments are well taken. Accordingly, Plaintiffs respectfully request that the Court consider their surreply.

Dated: March 4, 2014

                 Respectfully submitted,

                 */s/ Larry Klayman*
                 Larry Klayman, Esq.
                 D.C. Bar No. 334581
                 2020 Pennsylvania Ave. NW, Suite 800
                 Washington, DC 20006
                 Tel: (310) 595-0800
                 Email: leklayman@gmail.com

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 4th day of March, 2014 a true and correct copy of the foregoing Plaintiffs' Plaintiffs Reply To Government Defendants' Opposition To Plaintiffs' Motions For Leave To File Surreplies To Government Defendants' Reply In Support Of Partial Motion To Dismiss; And Plaintiffs Reply To Government Defendants Opposition To Plaintiffs' Motion To Supplement The Record (Civil Action Nos. 13-cv- 851 and 13-cv-881) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Randolph D. Moss
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6640
Fax: (202) 663-6363
Email: randolph.moss@wilmerhale.com

Attorneys for Defendants.

                                          Respectfully submitted,
                                           /s/ *Larry Klayman*
                                          Larry Klayman, Esq.
                                          D.C. Bar No. 334581
                                          2020 Pennsylvania Ave. NW, Suite 800
                                          Washington, DC 20006
                                          Tel: (310) 595-0800