## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et al.,*

                    Plaintiffs,

v.

BARACK OBAMA, President of the United
States, et al.*,*

                    Defendants.

Case Nos: 1:13-cv-851-RJL
                1:13-cv-881-RJL
                1:14-cv-092-RJL

Assigned to Judge Richard J. Leon

### PLAINTIFFS' MOTION TO LIFT STAY PENDING APPEAL

Plaintiffs hereby respectfully move this Court to remove the stay that was placed on the

above-styled lawsuits following the granting of a preliminary injunction against Defendants on

December 16, 2013 in Case No. 1:13-cv-851.

Out of deference to the "government" this Court stayed the preliminary injunction

pending the appeal.  However, the record both here and before the U.S. Court of Appeals for the

D.C. Circuit ("D.C. Circuit") shows that Defendants have dragged their feet in pursuing the

appeals. *See Klayman v. Obama, et al.*, No. 14-5004 (D.C. Cir.). First, on February 21, 2014

Defendants moved the D.C. Circuit for an extension of time to file dispositive motions. The D.C.

Circuit granted Defendants' motion and gave them until April 11, 2014 to file any dispositive

motions.  The April 11, 2014 deadline passed and Defendants did not file any dispositive

motions.  It was clear that this action was just another effort by Defendants to stall this lawsuit.

Further, on November 4, 2014 oral arguments were held before the D.C. Circuit.  Five

months have passed without any decision from the D.C. Circuit.  A similar lawsuit is currently

pending before the U.S. Court of Appeals for the Second Circuit ("Second Circuit"). *See ACLU*

*v. Clapper*, No.14-42.  Oral arguments before the Second Circuit were held on September 2, 2014.  Seven months have passed without any decision from the Second Circuit.

Plaintiffs sought a preliminary injunction in this lawsuit in order to receive expedited relief against illegal and unconstitutional surveillance that was being carried out on them. A constitutional violation should not be allowed to continue even for minimal amounts of time, let alone for years.  *See, e.g., Mills v. District of Columbia*, 571 F.3d 1304, 1312 (D.C. Cir. 2009) (a constitutional violation and loss of constitutional protections "'for even minimal periods of time, unquestionably constitutes irreparable injury'") (quoting *Elrod v. Burns,* 427 U.S. 347, 373 (1976)).  Plaintiffs believe it was not the intention of this Court to let this lawsuit drag out for this long.  As this Court has held, "[t]his is a case at the pinnacle of public national interest." The preliminary injunction was granted 14 months ago.  Since that time constitutional harm to Plaintiffs has been continuing and this Court must respectfully put a halt to this harm.

Lifting the stay on this preliminary injunction will force Defendants to go to the D.C. Circuit to seek a stay.  Given the importance of this case, the D.C. Circuit will likely deny any requests for a stay.[1]

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the stay of the preliminary injunction entered on December 13, 2013 be lifted and for this lawsuit to move forward.

Defendants oppose lifting the stay.

---

[1] In another case involving other illegal and unconstitutional acts by President Obama and his executive agencies, the Honorable Andrew S. Hanen of the U.S. District Court for the Southern District of Texas entered a preliminary injunction enjoining the implementation of Obam's "amnesty" to over 5 million illegal immigrants. *See Texas v. United States,* No. 14-cv-254 (T.X.S.D. February 16, 2015). Judge Hanen refused to grant a stay pending an appeal.  The Obama administration has sought an emergency stay with the U.S. Court of Appeals for the Fifth Circuit; however, it appears the motion will likely be denied here as well.

Dated:   April 1, 2015

Respectfully submitted,

 */s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of April, 2015, a true and correct copy of the foregoing (Civil Action Nos. 13-cv-851, 13-cv-881, and 14-cv-92) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:


James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov


Attorney for Defendants.


<div style="margin-left:45%">

Respectfully submitted,
 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800

</div>