## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et al.,*

              Plaintiffs,

v.

BARACK OBAMA, President of the United
States, et al.*,*

              Defendants.

Case Nos: 1:13-cv-851-RJL
         1:13-cv-881-RJL
         1:14-cv-092-RJL

Assigned to Judge Richard J. Leon

## PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR IN CHAMBERS AND EX PARTE INTERVIEW OF WITNESS DENNIS MONTGOMERY

In Defendant Barak Obama's ("Obama"), Eric Holder's ("Holder"), Keith Alexander's ("Alexander"), James Clapper's ("Clapper"), Roger Vinson's, ("Vinson"), National Security Agency's ("NSA"), Central Intelligence Agency's ("CIA"), and the U.S. Department of Justice's ("DOJ") (collectively, "Defendants") opposition to Plaintiff's Motion for In Chambers and Ex Parte Interview of Witness Dennis Montgomery, Defendants and the Obama Justice Department disingenuously manufacture tens of reasons why this Court should not interview Dennis Montgomery in camera. As set forth in Plaintiffs' initial pleadings, Dennis Montgomery presents probative and relevant evidence to these lawsuits and more importantly, public accountability for the lawless, unconstitutional, and criminal actions of the NSA and the CIA. None of Defendants' excuses for this Court not interviewing Mr. Montgomery in camera hold merit.

      First, this Court has a duty to protect not just Plaintiffs but the public. Mr. Montgomery is seriously ill and may not survive the litigation of these lawsuits. Time is of the essence.

Second, this Court holds a security clearance which allows it to ascertain the crucial information proffered by Mr. Montgomery.

Third, Defendants mischaracterize the in camera review process utilized by the Honorable Royce C. Lamberth in *Judicial Watch v. U.S. Department of Commerce*, Case No. 95-0133 (D.D.C. July 29, 2005). While a Freedom of Information Act was at issue in *Judicial Watch*, what arose in that case was the involvement of suspected Chinese spy John Huang who had received classified CIA briefings while an employee of the U.S. Department of Commerce. Judge Lamberth did undertake and hold classified CIA briefings relevant to the depositions taken by the undersigned counsel and indeed undersigned counsel even deposed the CIA agent at Department of Commerce who briefed Huang on classified CIA information.  During this process, Judge Lamberth held a number of in camera meetings with intelligence officials, only to later make public disclosure generally of what had occurred without disclosing classified info publicly.

Accordingly, this is not a unique proposed procedure under these equally extraordinary circumstances.  For Defendants and the Obama Justice Department to suggest that this Court is impotent and has no power and must defer to the executive branch run by a president and his attorney general who are enmeshed in a number of scandals, who repeatedly have not been truthful to the American people and have engaged in wholesale surveillance on them in violation of the Fourth Amendment to the U.S. Constitution, is designed only to cover up and further their ongoing criminality.

This Court has correctly held that these cases are at the "pinnacle" of national importance due to the ongoing lawlessness of Defendants who are repeatedly conspired with, assisted, and furthered by the Obama Justice Department in violation of the rights of ordinary Americans.  At

a minimum, this Court, which has become the sole protector of Constitutional rights of these Americans should hear what Mr. Montgomery has to say as soon as possible given his fragile and precarious health.  Only then can the Court respectfully decide how to proceed.


Dated:   April 23, 2015                                  Respectfully submitted,

                                                          _/s/ Larry Klayman_____
                                                          Larry Klayman, Esq.
                                                          Freedom Watch, Inc.
                                                          D.C. Bar No. 334581
                                                          2020 Pennsylvania Ave. NW, Suite 345
                                                          Washington, DC 20006
                                                          Tel: (310) 595-0800
                                                          Email: leklayman@gmail.com

                                                          *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd April, 2015, a true and correct copy of the foregoing (Civil Action Nos. 13-cv-851, 13-cv-881, and 14-cv-92) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Attorneys for Defendants.

Respectfully submitted,
 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
Klayman Law Firm
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800