IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>BARACK OBAMA, President of the United States, *et al.*,<br><br>    Defendants. | Case Nos:<br>1:13-cv-851-RJL<br>1:13-cv-881-RJL<br>1:14-cv-092-RJL<br><br>Assigned to Judge Richard J. Leon |

**PLAINTIFFS' AMENDED EXPEDITED SECOND SUPPLEMENT TO MOTION TO LIFT STAY PENDING APPEAL**

At the end of this Court's order of December 16, 2013, this Court anticipated that it would take approximately six (6) months for the appellate process to review this Court's preliminary injunction. Specifically, the Court held:

> Accordingly, I fully expect that during the appellate process, **which will consume at least the next six months**, the Government will take whatever steps necessary to prepare itself to comply with this order when, and if, it is upheld. Suffice it to say, requesting further time to comply with this order months from now will not be well received and could result in collateral sanctions.

(Emphasis added).

Because of the delay tactics of the Obama Justice Department and what appears to be deference to the current political climate, the U.S. Court of Appeals for the District of Circuit ("D.C. Circuit"), after nineteen (19) months (over a year and a half), still has not ruled on the government Defendants' appeal. *See* Exhibit 1 - Appellees-Cross-Appellants' Response To Appellants-Cross-Appellees' Supplemental Brief. This Court's lifting of the stay would likely serve as an incentive for the D.C. Circuit to finally rule on this issue.

1

In sum, it does not serve the interests of Plaintiffs nor hundreds of millions of Americans that the D.C. Circuit has not ruled on this case as constitutional violations continue daily. *See United States v. Mills*, 571 F.3d 1304, 1312 (D.C. Cir. 2009). *Mills* stands for the principle that one day of a constitutional violation is one day too many and cannot be permitted to continue under any circumstances, as is true here.

Accordingly, to avoid further unconstitutional delay and irreparable harm, the stay of the preliminary injunction of December 16, 2013, should now be lifted.

Dated:   August 10, 2015

                          Respectfully submitted,

                           */s/ Larry Klayman*
                          Larry Klayman, Esq.
                          Freedom Watch, Inc.
                          D.C. Bar No. 334581
                          2020 Pennsylvania Ave. NW, Suite 345
                          Washington, DC 20006
                          Tel: (310) 595-0800
                          Email: leklayman@gmail.com

                          *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2015, a true and correct copy of the foregoing (Civil Action Nos. 13-cv-851, 13-cv-881, and 14-cv-92) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Attorney for Defendants.

                                                                      Respectfully submitted,
                                                                        /s/ *Larry Klayman*
                                                                      Larry Klayman, Esq.
                                                                      D.C. Bar No. 334581
                                                                      2020 Pennsylvania Ave. NW, Suite 345
                                                                      Washington, DC 20006
                                                                      Tel: (310) 595-0800