IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY KLAYMAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action Nos. |
| | ) | 1:13-cv-00851-RJL |
| v. | ) | 1:13-cv-00881-RJL |
| | ) | |
| BARACK OBAMA, President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR SHORT CONTINUANCE OF STATUS CONFERENCE

The Government Defendants[1] respectfully request a short continuance of the September 2, 2015, status conference until the following week to allow for the attendance of their lead counsel, who is currently out of the country. For the reasons stated below, the Government Defendants' request should be granted:

1.  On August 28, 2015, the Court of Appeals for the District of Columbia Circuit issued its decision in which it "vacated" the "preliminary injunction entered by the district court" and "remanded for such further proceedings as may be appropriate." *Klayman v. Obama*, 14-5004, 14-5005, 14-5016, 14-5017, Slip Op., at 5. Judgment was entered accordingly. *See* Doc. No. 1570206.

---

[1] The "Government Defendants" in the above-captioned cases are, collectively, defendants Barack Obama, President of the United States, Loretta E. Lynch, Attorney General of the United States, Admiral Michael S. Rogers, Director of the National Security Agency (NSA), James R. Clapper, Director of National Intelligence, John O. Brennan, Director of the Central Intelligence Agency (CIA), James B. Comey, Director of the Federal Bureau of Investigation (FBI), insofar as they are sued in their official capacities, together with defendants NSA, CIA, FBI, and the United States Department of Justice. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Loretta E. Lynch has been substituted as a defendant in her official capacity for former Attorney General Eric H. Holder.

2.	The same day, by Minute Entry Order, this Court set a status conference for September 2, 2015, at 12:00 p.m.

3.	Lead counsel in these cases, James J. Gilligan, is out of the country on September 2 and is not scheduled to return to the United States until sometime on September 3. The Government Defendants therefore respectfully request that the status conference be continued until the following week when Mr. Gilligan is available.

4.	A short delay to allow the Government's lead counsel to attend the status conference should present little prejudice where those aspects of the case involved in the Court of Appeals decision are not yet back before the Court in any event for further proceedings.[2]

5.	Pursuant to Local Rule 7(m), the Government Defendants sought Plaintiffs' consent to this request for a short continuance. Plaintiffs asked that their response be inserted into this motion: "We oppose. You have plenty of lawyers. Further delay is not appropriate." Contrary to Plaintiffs' assertion, a short "delay" is "appropriate" where the mandate has not issued and lead counsel is out of the country.

For the foregoing reasons, the Government Defendants' request for a short continuance of the status conference from September 2, 2015, until the following week, should be granted.

---

[2] The district court, having been "divest[ed]" of jurisdiction by the notice of appeal "over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982), "does not regain jurisdiction over" those aspects of the case "until the court of appeals issues its mandate." *United States v. Defries*, 129 F.3d 1293, 1302 (D.C. Cir. 1997); *see also In re Federal Nat'l Mort. Ass'n Sec., Derivative, and ERISA Litig.*, 725 F. Supp. 2d 147, 152 (D.D.C. 2010) (Leon, J.) (stating same). And the mandate of the Court of Appeals will not issue until "7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later." Fed. R. App. P. 41(b). Unless otherwise ordered by the Court of Appeals, the petition for panel rehearing "may be filed by any party within 45 days after entry of judgment," Fed. R. App. P. 40(a), so that the earliest the mandate may issue is October 19, 2015.

Dated:  August 31, 2015              Respectfully submitted,

                                          BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director

  */s/Rodney Patton*
JAMES J. GILLIGAN
Special Litigation Counsel
RODNEY PATTON
JULIA A. BERMAN
CAROLINE ANDERSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C.  20044
Phone:  (202) 305-7919
Fax:  (202) 616-8470
Email:  rodney.patton@usdoj.gov

Counsel for the Government Defendants