# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, *et al.,*<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>BARACK OBAMA, President of the United States, *et al.,*<br><br>　　　　　　　　　Defendants. | Case Nos: 1:13-cv-851-RJL<br>　　　　　　1:13-cv-881-RJL<br>　　　　　　1:14-cv-092-RJL<br><br>Assigned to Judge Richard J. Leon |

## **PLAINTIFFS' NOTICE OF FILING**

　　　Plaintiffs hereby give notice of the filing of the attached Motion to Expedite Issuance of Mandate that was filed with the U.S. Court of Appeals for the District of Columbia Circuit. Exhibit A.

Dated:　September 3, 2015

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Freedom Watch, Inc.
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 345
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of September, 2015, a true and correct copy of the foregoing was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Attorney for Defendants.

                    Respectfully submitted,
                    /s/ *Larry Klayman*
                    Larry Klayman, Esq.