IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et. al*

                       Plaintiffs,

v.

BARACK HUSSEIN OBAMA II, *et. al*

                       Defendants.

Civil Action No. 13-CV-851

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Plaintiffs, Larry Klayman, Charles Strange, and Mary Ann Strange hereby move this honorable Court to file their Fourth Amended Complaint (Attached as Exhibit A) through amendment and as grounds therefore would show:

Subsection (a)(2) of Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend shall be freely given when justice requires. "Leave to amend a complaint should be freely given in the absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility."  See *Richardson v. United States*, 193 F.3d 545, 548-549 (D.C. Cir. 1999) citing *Foman v. Davis*, 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1962).

The Fourth Amended Complaint, attached as Exhibit 1, adds Verizon Business Services and Verizon Wireless Plaintiffs. In addition, the Fourth Amended Complaint sets forth in paragraphs 47-48 that Verizon Wireless has been at all material times subject to this Court's standing and jurisdiction as it was revealed by the New York Times in an article of August 12,

1

2015[1], that the government has been surveilling, as this Court has previously ruled, subscribers of Verizon Wireless.

Plaintiffs are amending the complaint pursuant to the Court's suggestions during the status conference of September 2, 2015. *See* Exhibit B – Transcript of Status Conference of September 2, 2015, as well as conforming the prayer for relief to landline and telephonic metadata and other communication records.  All other portions of the Fourth Amended Complaint have been left unchanged.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully request leave of Court to file the Fourth Amended Complaint that has been attached to this motion as Exhibit A.

Dated: September 8, 2015

>Respectfully submitted,
>
>*/s/ Larry Klayman*
>Larry Klayman, Esq.
>Attorney at Law
>D.C. Bar No. 334581
>2020 Pennsylvania Ave. NW, Suite 345
>Washington, DC 20006
>Tel: (310) 595-0800
>Email: leklayman@gmail.com

---

[1] *See* Savage, Charlie, "N.S.A. Used Phone Records Program to Seek Iran Operatives," New York Times, August 12, 2015, available at http://www.nytimes.com/2015/08/13/us/nsa-used-phone-records-program-to-seek-iran-operatives.html.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2013 a true and correct copy of the foregoing was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

James R. Whitman
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, DC 20044
(202) 616-4169
Fax: 202-616-4314
Email: james.whitman@usdoj.gov

James J. Gilligan
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
 (202) 514-3358
Email: James.Gilligan@usdoj.gov

Attorneys for Defendants.

               Respectfully submitted,
                /s/ *Larry Klayman*
               Larry Klayman, Esq.