## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KLAYMAN et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 13-0851 (RJL)** |
| | ) | |
| OBAMA et al., | ) | **FILED** |
| | ) | |
| **Defendants.** | ) | **NOV 0 9 2015** |

ORDER

(November  9  , 2015)

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that plaintiffs' Renewed Motion for Preliminary Injunction [Dkt.

#149] is **GRANTED** as to plaintiffs J.J. Little and J.J. Little & Associates, P.C. and

**DENIED** as to plaintiffs Larry Klayman, Charles Strange, and Mary Ann Strange; it is

further

**ORDERED** that the Government:

> (1) is barred from collecting, as part of the NSA's Bulk Telephony
>
> Metadata Program, any telephony metadata associated with J.J. Little
>
> and J.J. Little & Associates, P.C. Verizon Business Network Services
>
> telephone subscriptions; and

(2) must segregate out all such metadata already collected from any future searches of its metadata database.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge