# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY KLAYMAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 1:13-cv-00851-RJL |
| v. | ) | |
| | ) | |
| BARACK OBAMA, President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT DEFENDANTS' NOTICE OF APPEAL

Defendants Barack Obama, President of the United States, Loretta E. Lynch, Attorney General of the United States, and Admiral Michael S. Rogers, Director of the National Security Agency ("NSA"), insofar as they are sued in their official capacities, together with defendants NSA and the United States Department of Justice (collectively, the "Government Defendants"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the November 9, 2015 Order (ECF No. 159) and Memorandum Opinion (ECF No. 158) granting Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 149) as to Plaintiffs J.J. Little and J.J. Little & Associates, P.C.

Dated:          November 10, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

2

*/s/ Rodney Patton*
JAMES J. GILLIGAN
Special Litigation Counsel
RODNEY PATTON
JULIA A. BERMAN
CAROLINE J. ANDERSON
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C.  20044
Phone:   (202) 305-7919
Fax:      (202) 616-8470
E-mail:  rodney.patton@usdoj.gov

Counsel for the Government Defendants