**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN, et al.*,*

               Plaintiffs,

v.

BARACK OBAMA, et al.*,*

               Defendants.

**Case No: 1:13-cv-00851-RJL**
**Case No: 1:13-cv-00881-RJL**

## NOTICE OF APPELLATE ACTION AND REQUEST TO REMOVE STAY ORDER

Plaintiffs hereby provide notice that the U.S. Court of Appeals for the District of Columbia Circuit has dismissed the appeals of this case, leaving as law of the case the Court's rulings of December 16, 2013 and November 19, 2015, finding violations of the Fourth Amendment to the U.S. Constitution. This is the law of the case and these cases should now respectfully be unstayed and move forward, particularly since Plaintiffs have pled claims for damages.

Dated: April 5, 2016

                                                 Respectfully submitted,

                                                 */s/ Larry Klayman*
                                                 Larry Klayman, Esq.
                                                 Freedom Watch, Inc.
                                                 D.C. Bar No. 334581
                                                 2020 Pennsylvania Ave. NW, Suite 345
                                                 Washington, DC 20006
                                                 Tel: (310) 595-0800
                                                 Email: leklayman@gmail.com

                                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 5, 2016, a true and correct copy of the foregoing was filed electronically using CM/ECF to the U.S. District Court for the District of Columbia and served upon the following:

**Bryan Scott Dearinger**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, DC 20044
(202) 514-3489
Fax: (202) 616-8202
Email: bryan.dearinger@usdoj.gov

**James J. Gilligan**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL
PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Room 5138
Washington, DC 20001
(202) 514-3358
Fax: (202) 616-8470
Email: james.gilligan@usdoj.gov

**James R. Whitman**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7146
Washington, DC 20044
(202) 616-4169
Fax: 202-616-4314
Email: james.whitman@usdoj.gov

**Marcia Berman**
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Room 7132
Washington, DC 20530
(202) 514-2205
Fax: (202) 616-8470
Email: marcia.berman@usdoj.gov

**Julia A. Berman**
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 616-8480
Fax: (202) 307-0442
Email: julia.berman@usdoj.gov

**Rodney Patton**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20044
(202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

                                                */s/ Larry Klayman*
                                                Larry Klayman, Esq.