UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, *et al.*,            )
                                    )
                                    )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )    Civil Action Nos. 13-851 (RJL)
                                    )                      13-881 (RJL)
NATIONAL SECURITY AGENCY,           )
*et al.*,                           )
                                    )
                                    )
                                    )
         Defendants.                )

**ORDER**
November 21, 2017 [Dkts. ##178, 123]

THIS CASE comes before the Court upon defendants' consolidated Motion to DISMISS plaintiffs' complaints in these two related cases.

UPON CONSIDERATION of the motion, the pertinent portions of the record, and being otherwise fully advised on the matter, it is

ORDERED that, for the reasons stated in the accompanying memorandum opinion, the motion is GRANTED. Plaintiff's claims are DISMISSED with PREJUDICE.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

FILED
NOV 2 1 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia